USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/28/2021___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------X
DANIEL MUNDO,                  :
                                    :
               Plaintiff,    :
                                      :        **ORDER**
   - against -             :
                                    :
HIGHGATE HOTELS, L.P., et al.,   :    21 Civ. 5393 (VM)
                                    :
               Defendants.   :
---------------------------------------X
**VICTOR MARRERO, United States District Judge.**

The parties are directed to submit a joint letter no later than July 23, 2021 addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

Submissions must be made in accordance with Judge Marrero's Emergency Individual Rules and Practices in Light of COVID-19, available at the Court's website. The Court will assess the need for an Initial Case Management Conference after reviewing the submission.


Dated:     June 28, 2021
          New York, New York

                                     _____
                                       Victor Marrero
                                        U.S.D.J.