

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Asish Anne Nelluvely, Esq.*
*Direct Dial:  516-470-0102*
*Direct Facsimile: 516-237-2893*
*Email: anelluvely@meltzerlippe.com*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2021
```

September 8, 2021

**Via ECF and Email** <ChambersNYSDMarrero@nysd.uscourts.gov>
Honorable Victor Marrero
United State District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
Request GRANTED.

SO ORDERED.
9/9/2021
DATE          VICTOR MARRERO, U.S.D.J.
```

      Re:    **Mundo v. Highgate Hotels, L.P., et al.**
               **Case Number: 21-cv-05393**
               <u>**Our File No.: 13629.00150**</u>

Dear Judge Marrero:

      This firm represents Defendants, Highgate Hotels, L.P., Park Lane Hotel New York and Jason Londell and Anna Surina, in their individual and corporate capacities, (collectively, "Defendants") in the above-referenced matter. Pursuant to Your Honor's Individual Rules of Practice, Rule 1(F), we write with consent of Plaintiff's counsel, to request a thirty (30) day stay on all discovery, including service of discovery demands and responses to same, pending the mediation scheduled to take place on October 5, 2021.

      This is the parties' first request for a stay. The parties thank the Court for its time and consideration in this matter. Should the Court have any questions, please do not hesitate to contact us.

                                                     Respectfully submitted,

                                                     */s/ Asish Anne Nelluvely, Esq.*

                                                     Asish Anne Nelluvely, Esq.

cc:      All counsel of record (via ECF)